1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of RHODE ISLAND

2018 NOV 26 A 11: 28

Division

Case No. CA 18- 641
(to be filled in by the Clerk's Office)

David A Silvia
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one)   ☐ Yes   ☐ No

City of Woonsocket – Mayor Balladelli-Hunt
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**
    A.  **The Plaintiff(s)**

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.
    
    | | |
    |---|---|
    | Name | David A. Silvia |
    | Street Address | 114 Paradis Ave, Apt #2 |
    | City and County | Woonsocket, Providence |
    | State and Zip Code | Rhode Island 02895 |
    | Telephone Number | 401-226-9519 |
    | E-mail Address | davidsilvia60@gmail.com |

    B.  **The Defendant(s)**

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.
    Defendant No. 1
    
    | | |
    |---|---|
    | Name | City of Woonsocket |
    | Job or Title (if known) | Mayor Balladelli-Hunt  //City Solicitor |
    | Street Address | 164 Main Street |
    | City and County | Woonsocket,  Providence |

Page 1 of 5

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    State and Zip Code     RI 02895
    Telephone Number     401-762-6300
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
    ☒ Federal question     ☐ Diversity of citizenship

ADA Act 1990, Title II// City of Woonsocket ADA coordinator is denying my request to have a Handicap Parking spot

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
ADA Act 1990, Title II

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, (name) David A Silvia, is a citizen of the State of (name) Rhode Island.

    b. If the plaintiff is a corporation
    The plaintiff, (name) City of Woonsocket, is incorporated under the laws of the State of (name) Rhode Island, and has its principal place of business in the State of (name) Rhode Island.

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

    b. If the defendant is a corporation
    The defendant, (name) City of Woonsocket RI, is incorporated under the laws of the State of (name) RI, and has its principal place of business in the State of (name) RI. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) RI.

    (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Page of 5

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.



City of Woonsocket by their ADA coordinator has denied my request to have a Handicap Parking Spot placed in front of my residence at 114 Paradis Ave in Woonsocket. There denial comes with no official reason and is based on opinions of the Traffic dept head. The parking spot is needed to better my accessibility to allow me to use my private vehicle, and the need of my wheel chair and electric scooter.

b
## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.



Find the City of Woonsocket is at fault in denying this needed request and order they grant this request to assist my need with accessibility!

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   December 01, 2018    11/23/2018

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        Signature of Plaintiff     *[signature]*
        Printed Name of Plaintiff    David A. Silvia Pro-Se

**B.**    **For Attorneys**

        Date of signing:

        Signature of Attorney
        Printed Name of Attorney
        Bar Number
        Name of Law Firm
        Street Address
        State and Zip Code
        Telephone Number
        E-mail Address